UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. GAMBOA and R. ROQUE,<br><br>　　　　　Defendants. | No. 1:17-cv-00302-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 11) |

Plaintiff Jesse Washington is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds on plaintiff's initial complaint, which was filed on March 3, 2017. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 17, 2017, the assigned magistrate judge entered findings and recommendations, recommending that this action proceed against defendants H. Gamboa and R. Roque on plaintiff's claim for retaliation in violation of the First Amendment and related state claims, and that all other claims and defendants be dismissed from this action. (Doc. No. 11.) On June 26, 2017, plaintiff filed his objections to the findings and recommendations. (Doc. No. 12.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported

by the record and proper analysis.

Accordingly,

1. The May 17, 2017 findings and recommendations (Doc. No. 11) are adopted in full;
2. This action proceeds only against defendants H. Gamboa and R. Roque on plaintiff's claim for retaliation in violation of the First Amendment, and related state claims;
3. All other claims and defendants are dismissed from this action; and
4. This case is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **August 16, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE