**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>H. GAMBOA, *et al.*,<br><br>        Defendants. | Case No. 1:17-cv-00302-DAD-EPG (PC)<br><br>**ORDER MODIFYING INITIAL DISCLOSURES DEADLINE** |

Plaintiff Jesse Washington is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 14, 2017, the Court issued an order directing all parties to provide initial disclosures within 30 days. (ECF No. 20.) Plaintiff now moves for an extension of the 30-day deadline to January 6, 2018. (ECF No. 22.) Plaintiff states that he has not received the Court's order, and was shown only the front page of the order. Plaintiff further states that he has not received initial disclosures from Defendants. Good cause appearing, IT IS HEREBY ORDERED that the parties shall have until January 5, 2018 to provide initial disclosures.

1

Additionally, the Clerk's Office is directed to send Mr. Washington a copy of the Court's order, ECF No. 20.

IT IS SO ORDERED.

Dated: **December 13, 2017**  /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE