**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>H. GAMBOA and R. ROQUE,<br><br>　　　　Defendants. | Case No. 1:17-cv-00302-DAD-EPG (PC)<br><br>**ORDER GRANTING REQUEST FOR COURT'S ASSISTANCE WITH COORDINATING INITIAL SCHEDULING CONFERENCE CALL**<br><br>(ECF No. 28) |

Plaintiff Jesse Washington is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on March 3, 2017. (ECF No. 1). This action now proceeds on Plaintiff's claim for retaliation in violation of the First Amendment and related state claims against Defendants H. Gamboa and R. Roque. (ECF Nos. 11, 13).

On November 14, 2017, the Court directed the parties to appear for a mandatory scheduling conference on February 14, 2018 at 01:30 PM. (ECF No. 20). The Order provided, in relevant part:

> Plaintiff shall make arrangements with staff at his or her institution of confinement for his or her attendance at the mandatory telephonic initial scheduling conference. Plaintiff's institution of confinement shall make Plaintiff available for the conference at the date and time indicated above. To the extent possible, prior to the conference defense counsel shall confirm with Plaintiff's institution of confinement that arrangements have been made for Plaintiff's attendance. If Plaintiff is in the custody of the California Department of Corrections and Rehabilitation, the Clerk of Court shall send a copy of this order to the litigation

1

coordinator at Plaintiff's institution of confinement.

On December 11, 2017, Plaintiff filed a notice of change of address, indicating that he has been transferred from California State Prison, Corcoran to California Men's Colony, East. (ECF No. 21).

On February 7, 2018, Plaintiff filed a request for the Court's assistance with coordinating the initial scheduling conference call. (ECF No. 28). Plaintiff explains that he has exhausted the appropriate steps regarding notifying the litigation offices California Men's Colony of the need to coordinate a call for the initial scheduling conference, but the call has not be scheduled and will not be scheduled without court intervention.

Plaintiff's request for court's assistance with coordinating the initial scheduling conference call is granted.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall send a copy of this order and the order setting the mandatory scheduling conference, (ECF No. 20), to the litigation coordinator of California Men's Colony, East;

2. California Men's Colony, East shall make Plaintiff available for the mandatory scheduling conference on February 14, 2018 at 01:30 PM. Plaintiff shall be made available for two hours, although the conference will likely take less time. To join the conference, Plaintiff shall call the toll−free telephone number **(888) 251−2909** and use Access Code **1024453**; and

3. Defense counsel shall confirm with Plaintiff's institution of confinement that arrangements have been made for Plaintiff's attendance.

IT IS SO ORDERED.

Dated: __February 9, 2018__          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

2