UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>H. GAMBOA and R. ROQUE,<br><br>  Defendants. | Case No. 1:17-cv-00302-LJO-EPG (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS BE GRANTED**<br><br>(Doc. Nos. 33, 36) |

Jesse Washington ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Erica P. Grosjean pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 8, 2018, H. Gamboa and R. Roque ("Defendants") filed a motion for judgment on the pleading as to all state law claims asserted in this action. (Doc. No. 33). Plaintiff did not oppose the motion. (Doc. No. 35). On May 1, 2018, the Magistrate Judge issued findings and recommendations, recommending that Defendants' motion for judgment on the pleadings be granted. (Doc. No. 36). The findings and recommendations directed the parties to file any objections within fourteen days of service thereof. *Id.* The fourteen-day period has expired, and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued May 1, 2018, (Doc. No. 36), are adopted in full;
2. Defendants' motion for judgment on the pleading as to all state law claims, (Doc. No. 33), is granted; and
3. This case is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 19, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE