UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>H. GAMBOA and R. ROQUE,<br><br>    Defendants. | Case No. 1:17-cv-00302-DAD-EPG<br><br>ORDER RE: PLAINTIFF'S REQUEST FOR COURT ORDER AND AGREED SETTLEMENT CONFERENCE<br><br>(ECF No. 37) |

Plaintiff, Jesse Washington, has filed a request for a settlement conference (ECF No. 37). In his request, he asks that a settlement conference be set for this case and two other cases he has pending in the Eastern District of California: *Washington v. Gustafson*, Case No. 2:14-cv-00628-TLN-DB; and *Washington v. Rouch*, Case No. 1:15-cv-00725-DAD-BAM.

Since Plaintiff made his request, a settlement conference was held on August 14, 2018, in *Washington v. Gustafson*, but the case did not settle. (*See* Case No. 2:14-cv-00628-TLN-DB, ECF No. 72). Also, in *Washington v. Rouch*, the magistrate judge has issued findings and recommendations that summary judgment be grated in favor of defendants (1:15-cv-00725-DAD-BAM, ECF No. 43).

In the present case, a discovery and status hearing is set for August 27, 2018. The Court will deny without prejudice Plaintiff's request for a settlement conference on all three cases, and will instead discuss at the August 27, 2018, hearing the potential of setting a settlement

conference in this case.

Defendants are directed to be prepared to discuss at the August 27, 2018, hearing whether they are willing to participate in a settlement conference in this case. Defendants are also requested to reach out to counsel for defendants in *Washington v. Gustafson*, Case No. 2:14-cv-00628-TLN-DB, and *Washington v. Rouch*, Case No. 1:15-cv-00725-DAD-BAM, to determine the willingness of defendants in those cases to participate in a global settlement conference, and to be prepared to discuss the same at the August 27, 2018, hearing.

Accordingly,

1. Plaintiff's request that a settlement conference be set (ECF No. 37) for this case and two other cases he has pending in the Eastern District of California (*Washington v. Gustafson*, Case No. 2:14-cv-00628-TLN-DB; and *Washington v. Rouch*, Case No. 1:15-cv-00725-DAD-BAM) is DENIED without prejudice.

2. Defendants are directed to be prepared to discuss at the August 27, 2018, hearing whether they are willing to participate in a settlement conference.

3. Defendants are requested to reach out to counsel for defendants in *Washington v. Gustafson*, Case No. 2:14-cv-00628-TLN-DB, and *Washington v. Rouch*, Case No. 1:15-cv-00725-DAD-BAM, to determine the willingness of defendants in those cases to participate in a global settlement conference, and to be prepared to discuss the same at the August 27, 2018, hearing.

IT IS SO ORDERED.

Dated: **August 16, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2