# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. GAMBOA and R. ROQUE,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00302-DAD-EPG<br><br>ORDER REVISING PRETRIAL AND TRIAL DATES |

To accommodate the Court's schedule, and in light of the upcoming retirement of Chief District Judge Lawrence J. O'Neill and the anticipated heavier case load on the remaining district judges and further delay in civil trials beginning in early 2020,[1] the Court is accelerating the pre-trial and jury trial dates in this case as follows:

1. The Telephonic Trial Confirmation Hearing, currently set for November 4, 2019, is VACATED and RESET to **September 16, 2019, at 1:30 p.m.**
2. The Jury Trial, currently set to begin on January 28, 2020, is VACATED and RESET to **November 19, 2019, at 1:00 p.m.**

IT IS SO ORDERED.

Dated: __October 17, 2018__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] *See* http://edca.typepad.com/eastern_district_of_calif/2018/10/chief-judge-to-leave-federal-bench-warns-of-edca-judge-shortage.html.