UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>H. GAMBOA and R. ROQUE,<br><br>    Defendants. | Case No. 1:17-cv-00302-LJO-EPG<br><br>AMENDED ORDER REVISING PRETRIAL AND TRIAL DATES |

To accommodate the Court's schedule, and in light of the upcoming retirement of Chief District Judge Lawrence J. O'Neill and the anticipated heavier case load on the remaining district judges and further delay in civil trials beginning in early 2020,[1] the Court is accelerating the pretrial and jury trial dates in this case as follows:

1. The Telephonic Trial Confirmation Hearing is RESET to **September 16, 2019, at 1:30 p.m., in Courtroom 4 (LJO) before Chief Judge Lawrence J. O'Neill.**
2. Motion(s) for the attendance of incarcerated witnesses, if any, must be filed on or before **July 12, 2019**. Oppositions, if any, must be filed on or before **August 13, 2019**.
3. If Plaintiff wishes to have the Marshals Service serve any unincarcerated witnesses who refuse to testify voluntarily, Plaintiff must submit the money orders to the Court no later than **August 13, 2019**. In order to ensure timely submission of the money orders, Plaintiff

---

[1] *See* http://edca.typepad.com/eastern_district_of_calif/2018/10/chief-judge-to-leave-federal-bench-warns-of-edca-judge-shortage.html.

must notify the Court of the names and locations of his witnesses, in compliance with the Scheduling Order (ECF No. 31 at 8 ("Procedures for Obtaining Attendance of Unincarcerated Witnesses Who Refuse to Testify Voluntarily")), no later than **July 12, 2019**.

4. Plaintiff shall file and serve a pretrial statement as described in the Scheduling Order (ECF No. 31) on or before **July 12, 2019**. Defendant(s) shall file and serve a pretrial statement as described in this order on or before **August 13, 2019**.
5. The Jury Trial is RESET to **November 19, 2019, at 1:00 p.m., in Courtroom 4 (LJO) before Chief Judge Lawrence J. O'Neill.**

IT IS SO ORDERED.

Dated: **October 25, 2018**　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2