UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>H. GAMBOA, et al.,<br><br>Defendants. | No. 1:17-cv-00302-LJO-EPG<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u><br><br>(ECF Nos. 44, 49) |

Plaintiff, Jesse Washington, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 19, 2019, the assigned magistrate judge entered findings and recommendations (ECF No. 49), recommending that defendants' motion for summary judgment (ECF No. 44) be denied. The findings and recommendations were served on the parties and contained notice that any objections were due within fourteen days. (ECF No. 49.) On August 30, 2019, defendants timely filed objections. (ECF No. 53.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including defendants' objections, the court finds the findings and recommendations to be

1

supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations entered on August 19, 2019 (ECF No. 49) are adopted in full; and
2. Defendants' motion for summary judgment (ECF No. 44) is denied.

IT IS SO ORDERED.

Dated: **September 11, 2019**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE