# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>H. GAMBOA, *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-00302-LJO-EPG (PC)<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 77) |

Plaintiff, Jesse Washington, and Defendants, H. Gamboa and R. Roque, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 77). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **October 29, 2019**           /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE