UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON, | Case No. 1:17-cv-00302-LJO-EPG (PC) |
| Plaintiff, | ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT TONY EUGENE SCALLY, CDC #G-67776, WITNESS |
| v. | |
| H. GAMBOA, et al., | (ECF NO. 74) |
| Defendants. | ORDER DIRECTING CLERK TO EMAIL A COPY OF THIS ORDER TO THE LITIGATION DEPARTMENT AT CALIPATRIA STATE PRISON |

On October 24, 2019, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum to transport Tony Eugene Scally, inmate, CDC #G-67776, Plaintiff's witness, to court, so that he could testify at the trial on November 19, 2019. (ECF No. 74.) On October 28, 2019, the parties filed a stipulation for dismissal of the action with prejudice. (ECF No. 77.) In light of this stipulation, the trial is vacated and the case will be closed.

Accordingly, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum to Transport Tony Eugene Scally, inmate, CDC #G-67776, Witness, is VACATED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to email a copy of this order to the Litigation Department at Calipatria State Prison.
IT IS SO ORDERED.

Dated:  __October 29, 2019__          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE