# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>        Plaintiff,<br><br>   v.<br><br>H. GAMBOA, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00302-LJO-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT REGINALD THOMAS BUNN, CDC# G05160, WITNESS<br><br>(ECF NO. 75)<br><br>ORDER DIRECTING CLERK TO EMAIL A COPY OF THIS ORDER TO THE LITIGATION COORDINATOR AND THE OUT-TO-COURT DESK AT CALIFORNIA STATE PRISON, SACRAMENTO |

On October 24, 2019, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum to transport Reginald Thomas Bunn, CDC# G05160, Plaintiff's witness, to court, so that he could testify at the trial on November 19, 2019. (ECF No. 75.) On October 28, 2019, the parties filed a stipulation for dismissal of the action with prejudice. (ECF No. 77.) In light of this stipulation, the trial is vacated and the case will be closed.

Accordingly, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum to Transport Reginald Thomas Bunn, CDC# G05160, Witness, is VACATED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to email a copy of this order to the litigation coordinator and the out-to-court desk at Out-to-Court Department at CSP Sacramento.

IT IS SO ORDERED.

Dated:   **October 29, 2019**             /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE